*10*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

NOEL GUERRA, ET AL                *

VS                                *   C.A. NO. B98 043

CITY OF BROWNSVILLE               *

ORDER GRANTING MOTION
FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by **May 2, 1999.**

(2)   All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)   A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States district Court for the Southern District of Texas, shall be filed no later than **June 10, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)   A final pretrial and settlement conference be set for **June 10, 1999, 1:30 p.m.**

(6)   Docket call is set for **July 1, 1999, 8:30 a.m.,** before Judge Filemon B. Vela.

DONE at Brownsville, Texas, on **February 2, 1999.**

John Wm. Black
United States Magistrate Judge