#11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| NOEL GUERRA, TROY ARNOLD, ALFONSO GARCIA, MARCO HUERTA, AND SAMUEL SPENCER | § § § § | |
| VS. | § | CIVIL ACTION NO. B-98-043 |
| CITY OF BROWNSVILLE | § § | |

United States District Court
Southern District of Texas
ENTERED

MAR 10 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

TYPE OF CASE:      __X__ CIVIL           ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE AND HEARING ON ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 30, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 9, 1999

TO:   MS. KATHRINE B. SCHMITT
       MR. MARK E. SOSSI