*13*

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEL GUERRA, TROY ARNOLD, | § | |
| ALFONSO GARCIA, | § | |
| MARCO HUERTA, AND | § | |
| SAMUEL SPENCER, | § | |
| (PLAINTIFFS) | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-CV-43 |
| | § | *(JURY REQUESTED)* |
| CITY OF BROWNSVILLE | § | |
| (DEFENDANT) | § | |

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE OF HEARING**

Be it remembered that came on to be considered the Agreed Motion for Continuance of Hearing and that the Court is of the opinion that said Motion should be and is hereby GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the hearing on all pending matters currently set for March 30, 1999 is reset to April 20th, 1999 at 2:00 o'clock p.m.

Signed this the 29th day of March, 1998.

_____
UNITED STATES DISTRICT JUDGE

4