

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

**APR 2 1 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NOEL GUERRA, TROY ARNOLD, § | |
| ALFONSO GARCIA, MARCO HUERTA, § | |
| AND SAMUEL SPENCER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-043 |
| § | |
| CITY OF BROWNSVILLE § | |

TYPE OF CASE:  __X__ CIVIL     ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 24, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 20, 1999

TO:   MS. KATHRINE B. SCHMITT
       MR. MARK E. SOSSI