*18*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

**SEP 2 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| NOEL GUERRA, TROY ARNOLD, | § | |
| ALFONSO GARCIA, MARCO HUERTA, | § | |
| AND SAMUEL SPENCER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-043 |
| | § | |
| CITY OF BROWNSVILLE | § | |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE        SECOND FLOOR COURTROOM, #2
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:        CONTINUED TO DATE AND TIME:

**SEPTEMBER 24, 1999 AT 2:00 P.M.**            **OCTOBER 27, 1999 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 24, 1999

TO:   MS. KATHRINE B. SCHMITT
       MR. MARK E. SOSSI