IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEL GUERRA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-043 |
| | § | |
| CITY OF BROWNSVILLE | § | |

### SCHEDULING ORDER

On this day came on to be the scheduling order in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **December 17, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **December 3, 1999.** Failure to file such motion shall preclude further discovery.

(2) Motion for Summary Judgment must be filed by **December 17, 1999.** Response due by **January 14, 2000.**

(3) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **February 11, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **February 11, 2000 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(6) Final Pretrial is set for **March 2, 2000 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **March 3, 2000 at 8:30 A.M.** before Judge Filemon B. Vela.

(7) Trial on the merits is set for **March 2000,** docket call before Judge Filemon B. Vela.

DONE at Brownsville, Texas, on this 27th day of October 1999.

John Wm. Black
United States Magistrate Judge