IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOEL GUERRA, TROY ARNOLD, | § | |
| ALFONSO GARCIA, | § | |
| MARCO HUERTA, AND | § | |
| SAMUEL SPENCER, | § | |
| (PLAINTIFFS) | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-CV-43 |
| | § | (JURY REQUESTED) |
| CITY OF BROWNSVILLE | § | |
| (DEFENDANT) | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DEADLINE FOR FILING A MOTION FOR SUMMARY JUDGMENT

On the __20__ day of __DEC__, __1999__, came on before the Court Defendants' Motion to Extend the Deadline for Filing a Motion for Summary Judgment.

After reviewing the evidence before the Court, the Court is of the opinion that Defendant's Motion to should be GRANTED.

IT IS THEREFORE ORDERED, that Defendant's Motion to Extend the Deadline for Filing a Motion for Summary Judgment is GRANTED and continued until __7 JAN 2000__

Signed this __20TH__ day of __DEC__, 1999.

_____
UNITED STATES ~~DISTRICT~~ JUDGE PRESIDING
MAGISTRATE

22

ClibPDF - www.fastio.com