IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEL GUERRA, TROY ARNOLD, | § | |
| ALFONSO GARCIA, | § | |
| MARCO HUERTA, AND | § | |
| SAMUEL SPENCER, | § | |
| (PLAINTIFFS) | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-CV-43 |
| | § | *(JURY REQUESTED)* |
| CITY OF BROWNSVILLE | § | |
| (DEFENDANT) | § | |

**ORDER ON PLAINTIFFS' AGREED MOTION FOR CONTINUANCE
TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

On this day came to be heard Plaintiffs' Agreed Motion for Continuance to Respond to Defendant's Motion for Summary Judgment and after considering said motion this Court is of the opinion that said motion should be and is hereby GRANTED.

Plaintiffs shall file their response to Defendant's Motion for Summary Judgment by February 21, 2000.

DONE THIS 9TH DAY OF FEBRUARY 2000 AT BROWNSVILLE TX.

UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE PRESIDING