27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk 

| | |
|---|---|
| NOEL GUERRA, TROY ARNOLD, § | |
| ALFONSO GARCIA, MARCO HUERTA, § | |
| AND SAMUEL SPENCER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-043 |
| § | |
| CITY OF BROWNSVILLE § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 15, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 11, 2000

TO:      MS. KATHRINE B. SCHMITT
         MR. MARK E. SOSSI