29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAR 2 0 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOEL GUERRA, TROY ARNOLD, | § | |
| ALFONSO GARCIA, | § | |
| MARCO HUERTA, AND | § | |
| SAMUEL SPENCER, | § | |
| (PLAINTIFFS) | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-CV-43 |
| | § | *(JURY REQUESTED)* |
| CITY OF BROWNSVILLE | § | |
| (DEFENDANT) | § | |

## AGREED ORDER OF DISMISSAL

The Plaintiffs **NOEL GUERRA, TROY ARNOLD, ALFONSO GARCIA, MARCO HUERTA, AND SAMUEL SPENCER**, by and through their attorney of record, through a Motion to Dismiss having informed the Court that Plaintiffs do not presently wish to pursue this matter against Defendant **CITY OF BROWNSVILLE**, and the Plaintiffs having prayed that all causes as to **DEFENDANT**, be dismissed with prejudice, and all parties agreeing thereto and it appearing to the Court that the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs cause be dismissed as to the Defendant, with prejudice against all parties to file any same or similar actions, with all court costs to be taxed by the party incurring same. This Court retains jurisdiction to enforce the settlement. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

It is further ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED at _Brownsville_, Texas, this _17th_ day of _March_, 2000.

UNITED STATES DISTRICT JUDGE PRESIDING

**AGREED BY:**

By: _Katherine Schmitt_
     Katherine Schmitt
     State Bar No. 00784272

**ATTORNEY FOR PLAINTIFFS**

BY: _____
     Mark Sossi
     State Bar No.  18855680

**ATTORNEY FOR DEFENDANT**